

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2021

No. 04-21-00198-CV

**IN THE INTEREST OF N.S., IV, D.L.S. CHILDREN**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01043
Honorable Linda A. Rodriguez, Judge Presiding

# O R D E R

Appellant's brief was due on June 21, 2021. *See* TEX. R. APP. P. 38.6(a). On the due date, Appellant filed a motion for a twenty-day extension of time to file the brief.

Appellant's motion is GRANTED. Appellant's brief is due on July 12, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of June, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court